United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Warren Technology, Inc., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-21019-Civ-Scola |
| | ) |
| UL LLC and Tutco, LLC, | ) |
| Defendants. | ) |

## Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Lisette M. Reid for a report and recommendation on the Defendant Tutco, LLC's unopposed motion for appellate attorney's fees. On June 17, 2022, Judge Reid issued a report, recommending that the Court grant the motion and award Tutco attorney's fees in the amount of $14,782.50. (Report & Recommendations, ECF No. 100.) No objections have been filed and the time to object has passed. Having considered Judge Reid's report, the record, and the relevant legal authorities, this Court finds Judge Reid's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Reid's report and recommendation (ECF No. 100). The Court **grants** Tutco's unopposed motion for appellate attorneys' fees (ECF No. 95). Consistent with the report, the Court awards **$14,782.50** in attorneys' fees to Tutco, LLC to be paid by the Plaintiff Warren Technology, Inc.

**Done and ordered** in Miami, Florida, on July 1, 2022.

_____
Robert N. Scola, Jr.
United States District Judge